C01-2027 RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **August 1, 2002. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: March 5, 2002.

FILED MAR - 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| | | |
|---|---|---|
| 1. | Ginger Wulfekuhle | Jon Cline<br>218-736-5456 |
| | vs CV 01-2027 RHK/RLE<br>COURT FERGUS FALLS | |
| | Mark Sand & Gravel Acquisition Company | Thomas Jacobson<br>320-763-3141 |
| 2. | Ericka L. Walker | William Egan<br>952-836-2770 |
| | vs CV 01-694 RHK/JMM<br>JURY | |
| | Saks Incorporated<br>dba Saks Fifth Avenue | Joseph Sokolowski<br>Kevin Coan<br>612-333-2111 |
| 3. | Twin City Bricklayers Fringe Benefit Funds<br>etal | Andrew Staab<br>651-227-6621 |
| | vs CV 01-721 RHK/SRN<br>COURT | |
| | United Sealant Applicators Inc., etal | John Cameron<br>612-341-0394 |

| | | |
|---|---|---|
| 4. | **Minneapolis Retail Meat Cutters and Food Handlers Health and Welfare Fund** | **Jacqueline Beaulieu**<br>**612-338-2525** |
| | **vs CV 01-1467 RHK/JMM**<br>**COURT** | |
| | **Penn Lake Inc., etal** | **Stephen Radtke**<br>**952-888-1191** |
| 5. | **Medical Graphics Corporation** | **Wallace Hilke**<br>**612-371-3211** |
| | **vs CV 01-1617 RHK/JMM**<br>**COURT** | |
| | **Compumedics Sleep PTY, Limited** | **Renee Jackson**<br>**612-339-1828** |
| 6. | **Marie A. Anderson** | **Marie Anderson** |
| | **vs CV 01-2118 RHK/SRN**<br>**COURT** | |
| | **E.F. Johnson Company** | **Steven Wilson**<br>**612-334-8400** |