UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Peggy Skeslien<br><br>v.<br><br>Mark Sand & Gravel Acquisition Co. | )<br>)<br>)<br>)<br>) | 01-CV-194 (JMR/RLE) |
| Ginger Wulfekuhle<br><br>v<br><br>Mark Sand & Gravel Acquisition Co. | )<br>)<br>)<br>)<br>) | 01-CV-2027 (RHK/RLE) |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 01-CV-194 having been assigned to the Honorable James M. Rosenbaum, United States District Chief Judge, and Case No. 01-CV-2027 having later been assigned to the Honorable Richard H. Kyle , United States District Judge and said matters being related cases, IT IS ORDERED that:

1. Case No.01-CV-2027 be assigned to the Honorable James M. Rosenbaum, nunc pro tunc, by use of a card on the Civil Rights list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order, dated April 2, 2001.

MAR 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. A copy of this Order shall be filed in each case.

Dated: March 18, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

Dated: March 20, 2002

Richard H. Kyle
United States District Judge

Ginger Wulfekuhle

vs. 01-2027JMR/RLE

Mark Sand & Gravel Acquisition Co.

The above-entitled matter has been re-assigned to Chief Judge James M. Rosenbaum pursuant to an Order for Re-assignment of Related Cases signed by Judges Rosenbaum and Kyle as a related case to 01-194JMR/RLE already assigned to the Chief Judge. Please note the change in the presiding judge's initials above and refer to them when submitting materials to the court. Please also note that Magistrate Judge Erickson remains the MJ on this matter.