UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2027 (JMR/RLE)

| | | |
|---|---|---|
| Ginger Wulfekuhle | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Mark Sand & Gravel Acquisition Co. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: July 29th, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

20

FILED RICHARD D. SLETTEN, CLERK JUL 30 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS